**No. 10-7672. Michael Davis, Petitioner v. Louisiana.**

562 U.S. 1158, 131 S. Ct. 958, 178 L. Ed. 2d 790, 2011 U.S. LEXIS 384.

January 10, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, Fourth Circuit, denied.

Same case below, 30 So. 3d 201.

**No. 10-7677. Mohammed Saleh, Petitioner v. Blake Davis, Warden.**

562 U.S. 1158, 131 S. Ct. 958, 178 L. Ed. 2d 790, 2011 U.S. LEXIS 386.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 398 Fed. Appx. 331.

**No. 10-7679. Ellowood Eugene Bennett, Petitioner v. Deborah A. Hickey, Warden.**

562 U.S. 1158, 131 S. Ct. 958, 178 L. Ed. 2d 790, 2011 U.S. LEXIS 426.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-7680. Robert Lloyd, Petitioner v. United States.**

562 U.S. 1158, 131 S. Ct. 958, 178 L. Ed. 2d 790, 2011 U.S. LEXIS 72.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 393 Fed. Appx. 179.

**No. 10-7682. Michael Marzzarella, Petitioner v. United States.**

562 U.S. 1158, 131 S. Ct. 958, 178 L. Ed. 2d 790, 2011 U.S. LEXIS 327.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 614 F.3d 85.

**No. 10-7685. Juan Salinas Bautista, Petitioner v. United States.**

562 U.S. 1158, 131 S. Ct. 959, 178 L. Ed. 2d 790, 2011 U.S. LEXIS 213.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 388 Fed. Appx. 701.

**No. 10-7686. Terrance Malloy, Petitioner v. United States.**

562 U.S. 1158, 131 S. Ct. 959, 178 L. Ed. 2d 790, 2011 U.S. LEXIS 420.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 394 Fed. Appx. 550.